UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LLOYD GELB and BEVERLY GELB

                     Plaintiffs,

-against-

RICHARD W. OCKOVIC, Individually, and in his capacity
as Commissioner of the Albertson Water District and member
of the Board of Commissioners of the Albertson Water District,
HOWARD ABBONDONDELO, Individually, and in his capacity
as Commissioner of the Albertson Water District and member
of The Board of Commissioners of the Albertson Water District,
KENNETH F. VEY, Individually and in his capacity as
Commissioner of the Albertson Water District and member of the
Board of Commissioners of the Albertson Water District,
THE BOARD OF COMMISSIONERS OF THE ALBERTSON
WATER DISTRICT, THE ALBERTSON WATER DISTRICT,
THE TOWN OF NORTH HEMPSTEAD TOWN BOARD and
THE TOWN OF NORTH HEMPSTEAD,

                     Defendants.
---------------------------------------------------------------X

Index No: CV 15 1928

**STIPULATION TO
EXTEND TIME
TO ANSWER**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the plaintiffs and for the Albertson Water District ("AWD") defendants in the captioned action, that the time for the AWD defendants to Answer the Complaint is extended to Monday, June 1, 2015. This document shall constitute a Notice of Appearance on behalf of the AWD defendants.

Dated: New York, New York
         May 12, 2015

| | |
|---|---|
| _____<br>FAUST GOETZ SCHENKER & BLEE<br>By: Andrew M. Roher<br>Attorneys for Defendants<br>RICHARD W. OCKOVIC, Individually and in his<br>capacity as Commissioner of The Albertson Water | _____<br>LAW OFFICES OF WAYNE J.<br>SCHAEFER, LLC<br>By: Wayne J. Schaefer, Esq.<br>Attorneys for Plaintiffs<br>Lloyd Gelb and Beverly Gelb |

| | |
|---|---|
| District and member of the Board of Commissioners of the Albertson Water District, HOWARD ABBONDONDELO, Individually and in his capacity as Commissioner of the Albertson Water District and member of The Board of Commissioners of the Albertson Water District, KENNETH F. VEY, Individually and in his capacity as Commissioner of the Albertson Water District and member of The Board of Commissioners of the Albertson Water District, THE BOARD OF COMMISSIONERS OF THE ALBERTSON WATER DISTRICT, THE ALBERTSON WATER DISTRICT,<br>Two Rector Street, 20th Floor<br>New York, New York 10006<br>P: (212) 363-6900 | 199 East Main Street, Suite 4<br>Smithtown, NY  11787<br>P: (631) 382-4800 |