UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LLOYD GELB and BEVERLY GELB ,

                                  Plaintiffs,

                    -against-                                  STIPULATION OF
                                                                          DISCONTINUANCE

RICHARD W. OCKOVIC, Individually, and in his capacity
as Commissioner of the Albertson Water District and member      Case No. CV 15 1928
of the Board of Commissioners of the Albertson Water District,
HOWARD ABBONDONDELO, Individually, and in his capacity       (LDW) (GRB)
as Commissioner of the Albertson Water District and member
of the Board of Commissioners of the Albertson Water District,
KENNETH F. VEY, Individually, and in his capacity as
Commissioner of the Albertson Water District and member of the
Board of Commissioners of the Albertson Water District,
THE BOARD OF COMMISSIONERS OF THE ALBERTSON
WATER DISTRICT, THE ALBERTSON WATER DISTRICT,
THE TOWN OF NORTH HEMPSTEAD TOWN BOARD and
THE TOWN OF NORTH HEMPSTEAD,

                                  Defendants.
-----------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled special proceeding, be and the same hereby is discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

_____                          _____
Robert G. Schenker, Esq. (RS6137)            Wayne J. Schaefer, Esq. (WS1129)
FAUST GOETZ SCHENKER & BLEE            LAW OFFICES OF WAYNE J. SCHAEFER,
*Attorneys for Respondents,*                            LLC
*RICHARD W. OCKOVIC, in his capacity as a*      *Attorneys for Petitioners, LLOYD GELB*
*Commissioner of the Albertson Water District*     *and BEVERLY GELB*
*and member of the Board of Commissioners*       199 East Main Street, Suite 4

*of the Albertson Water District,*
*HOWARD ABBONDONDELO, in his capacity*
*as a Commissioner of the Albertson Water*
*District and member of the Board of Commissioners*
*of the Albertson Water District, KENNETH F. VEY,*
*in his capacity as a Commissioner of the Albertson*
*Water District and member of the Board of*
*Commissioners of the Albertson Water District,*
THE BOARD OF COMMISSIONERS OF THE ALBERTSON
WATER DISTRICT and THE ALBERTSON WATER DISTRICT
630 Third Avenue-18th Floor
New York, NY 10017
(212) 867-9595

Smithtown, New York 11787
(631) 382-4800

Dated: New York, New York
      October _____, 2015

Dated: Smithtown, New York
~~October~~ *10*, 2015
*November*

---

_____
Brittney C. Russell, Esq. (BR2476)
ELIZABETH D. BOTWIN, Town Attorney
*Attorney for Respondents,*
*THE TOWN OF NORTH HEMPSTEAD TOWN BOARD and*
*THE TOWN OF NORTH HEMPSTEAD*
220 Plandome Road
P.O. Box 3000
Manhasset, N.Y. 11030
(516) 869-7600

Dated: New York, New York
*November* ~~October~~ *9*, 2015