UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LLOYD GELB and BEVERLY GELB,

                              Plaintiffs,

              -against-

RICHARD W. OCKOVIC, Individually, and in his capacity
as Commissioner of the Albertson Water District and member
of the Board of Commissioners of the Albertson Water District,
HOWARD ABBONDONDELO, Individually, and in his capacity
as Commissioner of the Albertson Water District and member
of the Board of Commissioners of the Albertson Water District,
KENNETH F. VEY, Individually, and in his capacity as
Commissioner of the Albertson Water District and member of the
Board of Commissioners of the Albertson Water District,
THE BOARD OF COMMISSIONERS OF THE ALBERTSON
WATER DISTRICT, THE ALBERTSON WATER DISTRICT,
THE TOWN OF NORTH HEMPSTEAD TOWN BOARD and
THE TOWN OF NORTH HEMPSTEAD,

                              Defendants.
------------------------------------------------------------------X

STIPULATION OF
DISCONTINUANCE

Case No. CV 15 1928

(LDW) (GRB)

FILED
U.S. ... N.Y.
★ DEC - 2015 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled special proceeding, be and the same hereby is discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

_____
Robert G. Schenker, Esq. (RS6137)
FAUST GOETZ SCHENKER & BLEE
*Attorneys for Respondents,*
*RICHARD W. OCKOVIC, in his capacity as a*
*Commissioner of the Albertson Water District*
*and member of the Board of Commissioners*

_____
Wayne J. Schaefer, Esq. (WS1129)
LAW OFFICES OF WAYNE J. SCHAEFER,
LLC
*Attorneys for Petitioners, LLOYD GELB*
*and BEVERLY GELB*
199 East Main Street, Suite 4

*of the Albertson Water District,*
HOWARD ABBONDONDELO, *in his capacity as a Commissioner of the Albertson Water District and member of the Board of Commissioners of the Albertson Water District,* KENNETH F. VEY, *in his capacity as a Commissioner of the Albertson Water District and member of the Board of Commissioners of the Albertson Water District,*
THE BOARD OF COMMISSIONERS OF THE ALBERTSON WATER DISTRICT *and* THE ALBERTSON WATER DISTRICT
630 Third Avenue-18th Floor
New York, NY 10017
(212) 867-9595

Smithtown, New York 11787
(631) 382-4800

Dated: New York, New York
    October ____, 2015

Dated: Smithtown, New York
~~October~~ *10*, 2015
*November*

_____
Brittney C. Russell, Esq. (BR2476)
ELIZABETH D. BOTWIN, Town Attorney
*Attorney for Respondents,*
THE TOWN OF NORTH HEMPSTEAD TOWN BOARD *and*
THE TOWN OF NORTH HEMPSTEAD
220 Plandome Road
P.O. Box 3000
Manhasset, N.Y. 11030
(516) 869-7600

Dated: New York, New York
November ~~October~~ 9, 2015

SO ORDERED.

_____
USDJ, Leonard D. Wexler

Central Islip, NY
12/3/15